

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 14TH JUDICIAL DISTRICT COURT OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 8th day of July, 2015, the cause on appeal to revise or reverse the judgment between

DALLAS DRAIN COMPANY, INC. AND
KEVIN TRAVIS, Appellants

No. 05-14-00831-CV      V.

KEVIN D. WELSH AND KELLY A.
WELSH, Appellees

On Appeal from the 14th Judicial District
Court, Dallas County, Texas,
Trial Court Cause No. DC13-09129.
Opinion delivered by Justice Fillmore,
Justices Bridges and Brown participating.

was determined; and this Court made its order in these words:

       In accordance with this Court's opinion of this date, the judgment of the trial court is **REVERSED** and this cause is **REMANDED** to the trial court for further proceedings.

       It is **ORDERED** that appellants Dallas Drain Company, Inc. and Kevin Travis recover their costs of this appeal from appellees Kevin D. Welsh and Kelly A. Welsh.

       **WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 18th day of September, 2015.



_____
LISA MATZ, Clerk